For complainant: Murdock & Tillinghast.

For respondents: H. B. Agard.

30

Joseph P. Alexander
vs.                     } Pet. No. 167
Davol Rubber Company

November 27, 1917

TANNER, P. J. We are of the opinion that the plaintiff has not proven that he was injured through an accident. We think it more reasonable that his trouble was the result of occupation disease. We think the neuritis from which he suffers is the result of the continuous pressure required in the occupation he was following rather than of any sudden twisting which he describes.

The petition must therefore be denied.

For petitioner: E. P. B. Atwood.
For respondent: Boss & Barnefield.